## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **CHRISTI L. CARLTON,** )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>**SOCIAL SECURITY ADMINISTRA-** )<br>**TION COMMISSIONER,** )<br>)<br>**Defendants** ) | No: 1:10-cv-463-GZS |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 20) filed September 21, 2011, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's Decision is **VACATED** and **REMANDED** for further proceedings consistent with the Magistrate Judge's Recommended Decision.

                                                      /s/ George Z. Singal
                                                      United States District Judge

Dated this 12th day of October, 2011.