**UNITED STATES DISTRICT COURT
DISTRICT OF MAINE**

| | | |
|---|---|---|
| **CHRISTI L. CARLTON,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| v. | ) | No: 1:10-cv-463-GZS |
| | ) | |
| **SOCIAL SECURITY ADMINISTRA-** | ) | |
| **TION COMMISSIONER,** | ) | |
| | ) | |
| **Defendants** | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 20) filed September 21, 2011, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's Decision is **VACATED** and **REMANDED** for further proceedings consistent with the Magistrate Judge's Recommended Decision.

　　　　　　　　　　　　　　　　　　　　　　 /s/ George Z. Singal
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated this 12th day of October, 2011.